IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND
and NACARCI FEASTER (in his capacity as Trustee),

Plaintiffs,

v.                                                          Case No. 12-cv-249

ALLEN CONSTRUCTION SERVICES, INC.,

Defendant.

## ORDER AND ENTRY OF JUDGMENT

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1. Defendant has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4.  The court assesses the total damages to the Plaintiffs in the sum of $44,161.17.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, Building Trades United Pension Trust Fund and Nacarci Feaster (in his capacity as Trustee), recover from the Defendant and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $44,161.17 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 18th day of July, 2012.

_____
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 18th day of July, 2012.

BY THE COURT:

_____
U. S. District Court Judge